UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:09-cr-00067-T-33MAP
21 U.S.C. § 841
21 U.S.C. § 846
21 U.S.C. § 853 (Forfeiture)

ARDE HARRY OLSEN,
  a/k/a ARNE OLSEN
  a/k/a THE KING OF HUDSON,
SHANNON STAR OLSEN
  a/k/a SHANNON ARMEY,
JASON MICHAEL OLSEN,
WILLIAM JOSEPH CALIFANO
  a/k/a BILLY,
EARLE MONROE SILCOX,
JESSIE KRUMM,
AMBER MARIE MORREALE,
JERALD JOHN GILIO JR.
  a/k/a POPEYE,
ANTHONY ROBERT UPTON,
  a/k/a ANT,
DONNA JEAN BYNUM,
  a/k/a: FAT DONNA,
DEBRA A COLLINS,
DANNIE JAMES MARIEDTH,
SARAH LYNN MAYNARD,
  a/k/a SARA WIDEMANN,
JOSHUA MCTAVISH BROWN,
  a/k/a JOSH,
ANTHONY KEITH CHRISTIAN,
  a/k/a TONY,
BILLY RAY HARDIN,
SONI JO CHEESBROUGH,
DENNIS ASHLEY MILLER,
  a/k/a ASH, and
JEREME LEE GOULD

FILED 2009 FEB 26 PM 4:46 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA, FLORIDA

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**

From an unknown date which was at least September 2007, through on or about the date of this indictment, in the Middle District of Florida, and elsewhere, the

defendants,

>ARDE HARRY OLSEN,
>a/k/a ARNE OLSEN
>a/k/a THE KING OF HUDSON,
>SHANNON STAR OLSEN,
>a/k/a SHANNON ARMEY,
>JASON MICHAEL OLSEN,
>WILLIAM JOSEPH CALIFANO,
>a/k/a BILLY,
>EARLE MONROE SILCOX,
>JESSIE KRUMM,
>AMBER MARIE MORREALE,
>JERALD JOHN GILIO, JR.,
>a/k/a POPEYE,
>ANTHONY ROBERT UPTON,
>a/k/a ANT,
>DONNA JEAN BYNUM,
>a/k/a FAT DONNA,
>DEBRA A. COLLINS,
>DANNIE JAMES MARIEDTH,
>SARAH LYNN MAYNARD,
>a/k/a SARA WIDEMANN,
>JOSHUA MCTAVISH BROWN,
>a/k/a JOSH,
>ANTHONY KEITH CHRISTIAN,
>a/k/a TONY,
>BILLY RAY HARDIN,
>SONI JO CHEESBROUGH,
>DENNIS ASHLEY MILLER,
>a/k/a ASH, and
>JEREME LEE GOULD,

did knowingly and willfully conspire with each other and with others both known and unknown to the Grand Jury to possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of Oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(C).

## COUNT TWO

On or about July 10, 2008, in the Middle District of Florida, the defendants,

ARDE HARRY OLSEN,
a/k/a ARNE OLSEN,
a/k/a THE KING OF HUDSON,
SONI JO CHEESBROUGH, and
DENNIS ASHLEY MILLER,
a/k/a ASH,

did knowingly and willfully possess with intent to distribute and did distribute a quantity of a mixture or substance containing a detectable amount of Oxycodone, a Schedule II controlled substance,

All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT THREE

On or about August 5, 2008, in the Middle District of Florida, the defendant,

ARDE HARRY OLSEN,
a/k/a ARNE OLSEN,
a/k/a THE KING OF HUDSON,

did knowingly and willfully possess with intent to distribute and did distribute a quantity of a mixture or substance containing a detectable amount of Oxycodone, a Schedule II controlled substance,

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FOUR

On or about August 6, 2008, in the Middle District of Florida, the defendants,

ARDE HARRY OLSEN,

a/k/a ARNE OLSEN
a/k/a THE KING OF HUDSON,
SONI JO CHEESBROUGH, and
DENNIS ASHLEY MILLER,
a/k/a ASH,

did knowingly and willfully possess with intent to distribute and did distribute a quantity of a mixture or substance containing a detectable amount of Oxycodone, a Schedule II controlled substance,

All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

**COUNT FIVE**

On or about August 14, 2008, in the Middle District of Florida, the defendant,

DENNIS ASHLEY MILLER,
a/k/a ASH,

did knowingly and willfully possess with intent to distribute and did distribute a quantity of a mixture or substance containing a detectable amount of Oxycodone, a Schedule II controlled substance,

All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

**COUNT SIX**

On or about September 3, 2008, in the Middle District of Florida, the defendants,

ARDE HARRY OLSEN,
a/k/a ARNE OLSEN,
a/k/a THE KING OF HUDSON,
SONI JO CHEESBROUGH, and
DENNIS ASHLEY MILLER,
a/k/a ASH,

did knowingly and willfully possess with intent to distribute and did distribute a quantity of a mixture or substance containing a detectable amount of Oxycodone, a Schedule II controlled substance,

All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT SEVEN

On or about October 8, 2008, in the Middle District of Florida, the defendants,

SONI JO CHEESBROUGH, and
DENNIS ASHLEY MILLER,
a/k/a ASH,

did knowingly and willfully possess with intent to distribute and did distribute a quantity of a mixture or substance containing a detectable amount of Oxycodone, a Schedule II controlled substance,

All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT EIGHT

On or about December 4, 2008, in the Middle District of Florida, the defendant,

ARDE HARRY OLSEN,
a/k/a ARNE OLSEN.
a/k/a THE KING OF HUDSON,

did knowingly and willfully possess with intent to distribute and did distribute a quantity of a mixture or substance containing a detectable amount of Oxycodone, a Schedule II controlled substance,

All in violation of Title 21, United States Code, Section 841(a)(1) and

841(b)(1)(C).

## COUNT NINE

On or about January 23, 2009, in the Middle District of Florida, the defendants,

ARDE HARRY OLSEN,
a/k/a ARNE OLSEN,
a/k/a THE KING OF HUDSON,
and
WILLIAM JOSEPH CALIFANO,
a/k/a BILLY,

did knowingly and willfully possess with intent to distribute and did distribute a quantity of a mixture or substance containing a detectable amount of Oxycodone, a Schedule II controlled substance,

All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT TEN

On or about February 16, 2009, in the Middle District of Florida, the defendants,

ARDE HARRY OLSEN,
a/k/a ARNE OLSEN,
a/k/a THE KING OF HUDSON,
and
WILLIAM JOSEPH CALIFANO,
a/k/a BILLY,

did knowingly and willfully possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of Oxycodone, a Schedule II controlled substance,

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT ELEVEN

On or about February 18, 2009, in the Middle District of Florida, the defendants,

ARDE HARRY OLSEN,
a/k/a ARNE OLSEN,
a/k/a THE KING OF HUDSON,
JESSIE KRUMM,
AMBER MARIE MORREALE,
JASON MICHAEL OLSEN,
and
ANTHONY KEITH CHRISTIAN,
a/k/a TONY,

did knowingly and willfully possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of Oxycodone, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of a Schedule IV Controlled Substance, to wit: Alprazolam,

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT TWELVE

On or about February 23, 2009, in the Middle District of Florida, the defendants,

ARDE HARRY OLSEN,
a/k/a ARNE OLSEN,
a/k/a THE KING OF HUDSON,
DONNA JEAN BYNUM,
a/k/a FAT DONNA,
DEBRA A. COLLINS,
JASON MICHAEL OLSEN,
and
SARAH LYNN MAYNARD,
a/k/a SARA WIDEMANN,

did knowingly and willfully possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of Oxycodone, a Schedule II controlled substance,

7

All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## FORFEITURE

1. The allegations contained in Counts One through Twelve of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 21, United States Code, Section 853.

2. From their engagement in any or all of the violations alleged in Counts One through Twelve, punishable by imprisonment for more than one year, the defendants,

ARDE HARRY OLSEN,
a/k/a ARNE OLSEN,
a/ka/ THE KING OF HUDSON,
SHANNON STAR OLSEN,
a/k/a SHANNON ARMEY,
JASON MICHAEL OLSEN,
WILLIAM JOSEPH CALIFANO,
a/k/a BILLY,
EARLE MONROE SILCOX,
JESSIE KRUMM,
AMBER MARIE MORREALE,
JERALD JOHN GILIO, JR.,
a/k/a POPEYE,
ANTHONY ROBERT UPTON,
a/k/a ANT,
DONNA JEAN BYNUM,
a/k/a FAT DONNA,
DEBRA A COLLINS,
DANNIE JAMES MARIEDTH,
SARAH LYNN MAYNARD,
a/k/a SARA WIDEMANN,
JOSHUA MCTAVISH BROWN,
a/k/a JOSH,
ANTHONY KEITH CHRISTIAN,
a/k/a TONY,

8

BILLY RAY HARDIN,
SONI JO CHEESBROUGH,
DENNIS ASHLEY MILLER,
a/k/a ASH, and
JEREME LEE GOULD,

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and (2), all of their right, title and interest in:

    a. Property constituting and derived from any proceeds defendants obtained, directly or indirectly, as a result of such violations; and

    b. Property used and intended to be used in any manner or part to commit or to facilitate the commission of such violations.

3. Property subject to forfeiture includes, but is not limited to, the following:

    a. A forfeiture money judgment in the amount of $1,107,721.00, which represents the amount of proceeds the defendants obtained as a result of the conspiracy alleged in Count One of the Indictment.

    b. $38,480.00 in U.S. currency seized on February 12, 2009 from Earl Silcox and Anthony Keith Christian.

    c. The real property, including all improvements thereon and appurtenances thereto, located at 611 Palm Place, Safety Harbor, Florida, which is legally described as follows:

    Lot 2, PALM VIEW TERRACE, according to the map or plat thereof, as recorded in Plat Book 54, Page 32, Public Records of Pinellas County, Florida.

    d. The real property, including all improvements thereon and appurtenances thereto, located at 14315 Family Trail, Hudson, Florida, which is legally described as follows:

    The Southeast 1/4 of the Northwest 1/4 of the Southeast 1/4 of Section 27, Township 24 South, Range 17 East, Pasco County, Florida LESS the North 331.0 feet thereof.

    TOGETHER WITH an easement for ingress and egress over and across the West 30.0 feet of the

East 1/2 of the Southeast 1/4 of Section 27, Township 24 South, Range 17 East, Pasco County, Florida LESS road right-of-way.

Parcel Identification Number: 27-24-17-0000-00100-0000.

4. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred, sold to or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty;

the United States will, pursuant to Title 21, United States Code, Section 853(p), seek forfeiture of any other property of said defendants up to the value of the forfeitable property.

A TRUE BILL,

_____
Foreperson

A. BRIAN ALBRITTON
United States Attorney

By: _____
KELLEY C. HOWARD-ALLEN
Assistant United States Attorney

By: _____
JAMES C. PRESTON, JR.
Assistant United States Attorney
Deputy Chief, Narcotics Section

FORM OBD-34
APR 1991

No. 8:08-Cr-

# UNITED STATES DISTRICT COURT

Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

ARDE HARRY OLSEN, et al.

## INDICTMENT

Violations: Title 21, United States Code, §§ 846 and 841(a)(1)

A true bill.

_____
Foreperson

Filed in open court this 26th day

of February, A.D. 2009.

_____
Clerk

Bail $ _____